| | |
|---|---|
| 1 | DENNIS S. ELLIS (SB# 178196) |
| | dennisellis@paulhastings.com |
| 2 | KATHERINE F. MURRAY (SB# 211987) |
| | katherinemurray@paulhastings.com |
| 3 | NICHOLAS J. BEGAKIS (SB# 253588) |
| | nickbegakis@paulhastings.com |
| 4 | PAUL HASTINGS LLP |
| | 515 South Flower Street |
| 5 | Twenty-Fifth Floor |
| | Los Angeles, CA  90071-2228 |
| 6 | Telephone:  (213) 683-6000 |
| | Facsimile:  (213) 627-0705 |
| 7 | |
| 8 | Attorneys for Defendant |
| | AVON PRODUCTS, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA BELTRAN, an individual, on behalf of herself and all others similarly situated, | CASE NO. CV12-02502 MMM (PJWx) |
| | **NOTICE OF RELATED CASE** |
| Plaintiff, | |
| vs. | |
| AVON PRODUCTS, INC., a New York Corporation, | |
| Defendant. | |

LEGAL_US_W # 70991307.1

NOTICE OF RELATED CASE

1   TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN, pursuant to Local Rule 83-1.3 of the United States District Court for the Central District of California, that the above entitled action, *Beltran v. Avon Products, Inc.*, Central District Case No. CV12-02502 MMM (PJWx) (*Beltran II*) is related to the action entitled *Beltran v. Estee Lauder Inc., et al.*, Central District Case No. SACV12-0312 CJC (ANx) (*Beltran I*) which is pending in this District and assigned to the Honorable Cormac J. Carney.

These Actions are related in that they appear:

1.   To arise from a related happening or event (Local Rule 83-1.3(a));

2.   To call for determination of the same or substantially related or similar questions of law and fact (Local Rule 83-1.3(b)); and

3.   To require substantial duplication of labor if heard by different judges (Local Rule 83-1.3(c)).

Plaintiff in this action, Marina Beltran, is a named plaintiff in *Beltran I*, an action brought against Defendant Avon Products, Inc. ("Avon"), Estee Lauder Inc. ("Estee Lauder") and Mary Kay Inc. ("Mary Kay"). The complaint in *Beltran I* alleges that Avon, Estee Lauder and Mary Kay misrepresented and/or failed to adequately disclose their policies related to animal testing of cosmetic products.

After filing the complaint in *Beltran I*, Plaintiff dismissed her claims against Avon in that action and filed a substantially identical Complaint naming only Avon commencing this action (*Beltran II*). *Beltran I* and *Beltran II* are closely related and in the interest of judicial economy both cases should be assigned to the same judicial officer.

DATED: March 28, 2012

DENNIS S. ELLIS
KATHERINE F. MURRAY
NICHOLAS J. BEGAKIS
PAUL HASTINGS LLP

By: _____/s/_____
Katherine F. Murray

Attorneys for Defendant
AVON PRODUCTS, INC.