| | |
|---|---|
| 1 | DENNIS S. ELLIS (SB# 178196) |
| | dennisellis@paulhastings.com |
| 2 | KATHERINE F. MURRAY (SB# 211987) |
| | katherinemurray@paulhastings.com |
| 3 | NICHOLAS J. BEGAKIS (SB# 253588) |
| | nickbegakis@paulhastings.com |
| 4 | PAUL HASTINGS LLP |
| | 515 South Flower Street |
| 5 | Twenty-Fifth Floor |
| | Los Angeles, CA 90071-2228 |
| 6 | Telephone:  (213) 683-6000 |
| | Facsimile:  (213) 627-0705 |
| 7 | |
| 8 | Attorneys for Defendant |
| | AVON PRODUCTS, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARINA BELTRAN, an individual; RENEE TELLEZ, an individual, NICHOLE GUTIERREZ, an individual, on behalf of themselves and all others similarly situated, | | CASE NO. CV12-02502 CJC (ANx) |
| | Plaintiff, | **JOINT STIPULATION TO DISMISS ACTION PURSUANT TO RULE 41(a)(1)** |
| | vs. | |
| AVON PRODUCTS, INC., a New York Corporation, | | |
| | Defendant. | |

STIPULATION TO DISMISS ACTION

## **STIPULATION**

WHEREAS, Plaintiffs Marina Beltran, Nichole Gutierrez and Renee Tellez have decided to dismiss this action, with prejudice;

THEREFORE, it is hereby stipulated and agreed, by and between the parties to this action through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). It is further stipulated that each party shall bear its own costs and attorneys' fees in connection with this Action.

IT IS SO STIPULATED.

DATED: Aug. 23, 2013

DENNIS S. ELLIS
KATHERINE F. MURRAY
NICHOLAS J. BEGAKIS
PAUL HASTINGS LLP

By: /s/
Katherine F. Murray

Attorneys for Defendant
AVON PRODUCTS, INC.

DATED: Aug. 23, 2013

KABATECK BROWN KELLNER LLP
BRIAN S. KABATECK
RICHARD L. KELLNER

By: /s/
Richard L. Kellner

Attorneys for Plaintiffs
MARINA BELTRAN, NICHOLE GUTIERREZ and RENEE TELLEZ

LEGAL_US_W # 76106290.1

-1-

STIPULATION TO DISMISS ACTION